# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1003
_____

United States of America

*Plaintiff - Appellee*

v.

Robert Jene Smith

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Central
_____

Submitted: July 22, 2025
Filed: July 25, 2025
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Robert Smith appeals the sentence imposed by the district court[1] after he pleaded guilty to a child pornography offense, pursuant to a plea agreement

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

containing an appeal waiver. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the sentence. The government has moved to dismiss the appeal based on the appeal waiver.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal, as the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we grant the government's motion to dismiss this appeal based on the appeal waiver, and grant counsel's motion to withdraw.

_____